# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00247-CR

**Antoinne Banks, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 3041190, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Antoinne Banks seeks to appeal from a judgment of conviction for delivering a controlled substance in a drug-free zone. The notice of appeal was not timely filed. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). The trial court has certified that Banks waived his right of appeal. *See* Tex. R. App. P. 25.2(d). The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:  May 11, 2006

Do Not Publish